# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Joshua O. Madson
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Lucy Fato
_____

Peter Zaffino
_____

(List the full name(s) of the defendant(s)/respondent(s).)

23-CV-1482 (LTS)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:   Joshua O. Madson

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☑ order   entered on:   6/12/2023

(date that judgment or order was entered on docket)

that:   Plaintiff file an amended complaint

(If the appeal is from an order, provide a brief description above of the decision in the order.)

6/16/2023
_____
Dated

_____
Signature

Madson, Joshua O
_____
Name (Last, First, MI)

| PO Box 1277 | New York | NY | 10276 |
|---|---|---|---|
| Address | City | State | Zip Code |

+1 917-720-3846                              joshmadson@gmail.com
_____                     _____
Telephone Number                             E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13



ORIGIN ID:UTOA (224) 813-0011
JOSHUA OLIN MADSON
280 E 2ND ST APT 3F

NEW YORK, NY 10009
UNITED STATES US

SHIP DATE: 20JUN23
ACTWGT: 0.20 LB
CAD: 6997848/SSF02422

BILL CREDIT CARD

TO PRO SE INTAKE UNIT
500 PEARL ST
ROOM 200
NEW YORK NY 10007

(000) 000-0000   REF:
INV:
PO:   DEPT:



FedEx
Express

E

FRI - 23 JUN 4:30P
TRK# 7801 1129 4933    EXPRESS SAVER
0201                   DSR

K2 PCTA                10007
                       NY-US  EWR

RECEIVED
SDNY PRO SE OFFICE
2023 JUN 22  PM 3:24